HINSHAW

Hinshaw & Culbertson LLP
Attorneys at Law
111 Wood Avenue South
Suite 210
Iselin, NJ 08830

908-374-0338
908-374-0345 (fax)
www.hinshawlaw.com

Suzanne Q. Chamberlin
schamberlin@hinshawlaw.com

October 21, 2026

***VIA ECF***
Hon. Jamel K. Semper, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

***Re:*** ***Theresa Mullen v. Hyundai Capital America, Inc.***
***Docket No. 2:26-cv-13350-JKS-ADS***
***Request for adjournment of briefing deadline***

Dear Judge Semper:

This office represents Defendant Hyundai Capital America, Inc. i/p/a Hyundai Capital America ("HCA") in the above-referenced matter. We respectfully submit this letter requesting a one-week adjournment of the Opposition to Plaintiff's Motion for a Temporary Restraining Order and Order to Show Cause from October 27, 2026 to November 3, 2026. The reason for this request is that the undersigned is the handling attorney on this matter and will unexpectedly be out of state over the next several days tending to an ill parent. We have communicated with the Plaintiff regarding this request and the basis for this request. Plaintiff advised that she would only consent to HCA's adjournment request if HCA agreed to pay for 7 days of rental car expense incurred by Plaintiff, which HCA does not agree to. As such, this request is made *without* the consent of the Plaintiff. This is HCA's first request for an adjournment of this deadline. We thank the Court for its consideration in this matter.

Respectfully Submitted,
**HINSHAW & CULBERTSON LLP**

*s/Suzanne Q. Chamberlin*
Suzanne Q. Chamberlin, Esq.

**Defendant's opposition is due by November 3, 2026.**
**Plaintiff's reply, if any, is due by November 10, 2026.**
**So Ordered:**

***/s/ Jamel K. Semper***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: October 22, 2026**

95446\332585468.v1